**(Official Form 1)  (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**District of Colorado** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Yoon, Chang** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **2202** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**18363 E Caspian Pl**<br>**Aurora, CO  80013-5907** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:     **Arapahoe** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor     **1381 S Dayton Ct**<br>(if different from street address above):     **Denver, CO  80247-7353** | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|
| ☑ Individual(s)          ☐ Railroad<br>☐ Corporation        ☐ Stockbroker<br>☐ Partnership        ☐ Commodity Broker<br>☐ Other _____          ☐ Clearing Bank | ☑ Chapter 7      ☐ Chapter 11      ☐ Chapter 13<br>☐ Chapter 9      ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business      ☑ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>   11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

© 1993-2005 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

**VOLUNTARY PETITION**

(Official Form 1)  (12/03)                                                                                          **FORM B1**, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Yoon, Chang** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Chang Yoon**
Signature of Debtor                                        **Chang Yoon**

X _____
Signature of Joint Debtor

**(303) 868-9755**
Telephone Number (If not represented by attorney)

**October 15, 2005**
Date

### Signature of Attorney

X **/s/ Philipp C. Theune, Esq.**
Signature of Attorney for Debtor(s)

**Philipp C. Theune, Esq. 22089**
Printed Name of Attorney for Debtor(s)

**Theune Law Offices, PC**
Firm Name

**1775 Sherman St Fl 31ST**
Address

**Denver, CO  80203-1100**

**(303) 832-1150**
Telephone Number

**October 15, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)                    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                  Case No. _____

**Yoon, Chang** _____      Chapter **7** _____
                          Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    AMOUNT  SOURCE (if more than one)
    69,861.00  2004
   281,706.00  2003
    32,000.00  2005 YTD

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

None ☑   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Collection Associates, Inc. v. Chang Yoon** | **Money** | **Arapahoe Littleton County, Colorado County Court 1790 W. Littleton Blvd. Littleton, CO 80120** | answer due |
| **Medical Center of Colorado, LLC. v. 1st Rehab Medical Center, Chang Goo  05 CV1282** | FED | **District Court, El Paso County, Colorado 20 E. Vermijo Ave. Colorado Springs, CO 80903** | judgment |
| **In the matter of the application of JP Morgan Chase Bank, as Trustee for an order authorizing the Public Trustee for Arapahoe County, State of Colorado, to sell certain real estate contained in a Deed of Trust  05 CV1566** | Notice | **District COurt, Arapahoe County, Colorado 7325 South Potomac Street Englewood, CO 80112** | foreclosed |
| **Villa Creek Apartments v. Chang Yoon; Hong Eun Hee Aka Eun H. Yoon  04-WL06861** | Complaint | **Superior Court of California, County of Orange 8141 13th Street Westminster, CA 92683 West Justic Center** | answer due |
| **Westover Gardens v. Chang Yoon** | FED | **County Court, Arapahoe County, Colorado 1790 West Littleton Blvd. Littleton, CO 80120** | judgment |
| **District Attorney- First Judicial District Bad Check Restituation Program Case# GOC15509685-0** | | **District Attorney- First Judicial District Bad Check Restituation Program 601 16th Street #C PMB 107 Golden, CO 80401** | |
| **Eighteenth Judicial District Attorney Bad Check Restituation Program Case# EGC15999703-458** | | **Eighteenth Judicial District Attorney Bad Check Restituation Program PO Box 5224 Greenwood Village, CO 80155** | |
| **Myung v. Yoon Rehab case # 05CV3566** | breach of contract | **District Court Arapahoe County 7325 S. Potomac St Englewood, CO 80112** | answer due |
| **Central credit Corporation v. Yoon Case #** | money damages | **Arapahoe county 1790 West Littleton Blvd Littleton, CO 80120** | answer due |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Nissan Motor Acceptance Corporation PO Box 894748 Los Angeles, CA  90189-4748** | | **Nissan Quest 2002** |
| **Bank Of Denver 1534 California St Denver, CO  80202-4215** | | **2002 Nisan Maxima/$16,398.94** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

**Toyota Motor Credit Corporation**
**Lexus Financial Services**
**PO Box 15012**
**Chandler, AZ  85244-5012**

**2002 Honda**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Theune Law Offices PC**<br>**1775 Sherman St Fl 31ST**<br>**Denver, CO  80203-1100** | **09/20/05** | **1,259.00** |

## 10. Other transfers

None ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **US Bank**<br>**PO Box 5227**<br>**Cincinnati, OH  45201-5227** | **Business Acct 1-036-7457-2518** | **-4,961.47 02/23/2005** |
| **US Bank**<br>**PO Box 5227**<br>**Cincinnati, OH  45201-5227** | **Personal Acct. 103674573508** | **-3,483.99  02/23/2005** |
| **US Bank**<br>**PO Box 5227**<br>**Cincinnati, OH  45201-5227** | **Business Acct.1-036-7487-1563** | **6.74 4/30/2005** |

**STATEMENT OF FINANCIAL AFFAIRS**

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **5712 s quemoy circle, Centennial, CO 80015** | | **Dec 04 to July 05** |
| **4433 s ablion circle, Aurora, CO 80015** | | **2002-dec 2004** |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all  businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

© 1993-2005 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Yoon Rehabilitation Clinic, Inc | 04-3656879 | 11175 E Mississippi Ave Ste 205 Aurora, CO  80012-3137 | physical therapy clinic | 12/1/2001 - 10/15/2005 |

None ☑   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Jin Gul Kim**<br>2975 Wilshire Blvd Ste 550<br>Los Angeles, CA  90010-1163 | **within last 2 years** |

None ☑   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None ☑   d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

### 20. Inventories

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None ☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of this case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **October 15, 2005**           Signature   */s/ Chang Yoon*
                                      of Debtor                                                    **Chang Yoon**

Date: _____        Signature _____
                                      of Joint Debtor
                                      (if any)

                                      _____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                          Case No. _____

Yoon, Chang_____  Chapter **7**_____
                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 317,000.00 | | |
| B - Personal Property | Yes | 2 | 15,125.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 353,280.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 302,251.54 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,122.04 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,450.00 |
| Total Number of Sheets in Schedules | | 27 | | | |
| Total Assets | | | 332,125.00 | | |
| Total Liabilities | | | | 655,531.54 | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Yoon, Chang _____   Case No. _____
<center>Debtor(s)</center>

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

    Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

    If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **4433 S. Albilene Cir, Aurora, CO 80015** | **Fee Simple** | | **317,000.00** | **342,280.00** |
| | | **TOTAL** | **317,000.00** | |

<center>(Report also on Summary of Schedules)</center>

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE A - REAL PROPERTY**

IN RE **Yoon, Chang** _____ Case No. _____

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **cash on hand** | | **50.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Audio and Video** | | **750.00** |
| | | **Computer w/ peripherals** | | **500.00** |
| | | **Furniture & furnishings** | | **750.00** |
| | | **Tools** | | **400.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **professional books** | | **500.00** |
| 6.  Wearing apparel. | | **Clothing** | | **500.00** |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **50% shares of Yoon Rehab, Inc. - Closing doors 10/15/05.** | | **0.00** |
| 13.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.  Accounts receivable. | X | | | |
| 16.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE B - PERSONAL PROPERTY**

IN RE **Yoon, Chang** _____   Case No. _____
                                         Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **2002 Toyota Camry - Legal owner Eun Hee Hong for credit purposes only, debtor equitable owner** | | **11,675.00** |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | **TOTAL** | **15,125.00** |
|---|---|---|

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

**SCHEDULE B - PERSONAL PROPERTY**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Yoon, Chang** _____   Case No. _____
                                                                        
              Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
| --- | --- | --- | --- |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Audio and Video** | **CRS §13-54-102(1)(e)** | **750.00** | **750.00** |
| **Computer w/ peripherals** | **CRS §13-54-102(1)(e)** | **500.00** | **500.00** |
| **Furniture & furnishings** | **CRS §13-54-102(1)(e)** | **750.00** | **750.00** |
| **Tools** | **CRS §13-54-102(1)(e)** | **400.00** | **400.00** |
| **professional books** | **CRS §13-54-102(1)(k)** | **500.00** | **500.00** |
| **Clothing** | **CRS §13-54-102(1)(a)** | **500.00** | **500.00** |
| **2002 Toyota Cambry - Legal owner Eun Hee Hong for credit purposes only, debtor equitable owner** | **CRS §13-54-102(1)(j)(l)** | **675.00** | **11,675.00** |

IN RE **Yoon, Chang** _____   Case No. _____
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL ·········· UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. **0613** <br><br>**Hfc - Usa** <br>**PO Box 1547** <br>**Chesapeake, VA  23327-1547** | | | **Creditline account opened 8/04 3rd mortgage** <br><br><br> Value $      **317,000.00** | | | | **11,129.00** <br><br> **11,129.00** |
| Account No. **7108** <br><br>**Home Comings Financial** <br>**JP Morgan Chase** <br>**2711 N Haskell Ave # 1** <br>**Dallas, TX  75204-2911** | | | **Mortgage account opened 6/02 1st mortgage** <br><br><br> Value $      **317,000.00** | | | | **231,897.00** |
| Account No. **4079** <br><br>**Household Mortgage Services** <br>**PO BOX 9068** <br>**Brandon, FL  33509** | | | **Revolving account opened 6/04 2nd mortgage** <br><br><br> Value $      **317,000.00** | | | | **99,254.00** <br><br> **14,151.00** |
| Account No. <br><br>**Toyota Financial** <br>**19001 S Western Ave** <br>**Torrance, CA  90501-1106** | **X** | | **sept 2005 loan for toyta Cambry** <br><br><br> Value $      **11,675.00** | | | | **11,000.00** |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | ·········· |

_____ **0** Continuation Sheets attached

| | Subtotal (Total of this page) | **353,280.00** |
|---|---|---|
| (Complete only on last sheet of Schedule D) | **TOTAL** | **353,280.00** |
| | (Report total also on Summary of Schedules) | |

© 1993-2005 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

IN RE <u>Yoon, Chang</u>                                                                 Case No. _____
<div align="center">Debtor(s)</div>

<div align="center">

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

</div>

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entry on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** Continuation Sheets attached

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Yoon, Chang** _____   Case No. _____
                            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6304** <br><br>**Adelphia** <br>**213 N Union Blvd** <br>**Colorado Springs, CO  80909-5705** | | | **Personal** | | | | **59.90** |
| Account No. <br><br>**Adko Signs Inc.** <br>**516 Arrawanna St** <br>**Colorado Springs, CO  80909-6207** | | | **Clinic** | | | | **60.00** |
| Account No. **0421** <br><br>**ADT Security Services** <br>**PO Box 96175** <br>**Las Vegas, NV  89193-6175** | | | **Clinic** | | | | **1,914.73** |
| Account No. **4478** <br><br>**Allied Waste Services** <br>**5075 E 74th Ave** <br>**Commerce City, CO  80022-1536** | | | | | | | **51.00** |
| Account No. **9969** <br><br>**America's Cash Express** <br>**745 S Vermont Ave** <br>**Los Angeles, CA  90005-1518** | | | **Clinic check returned** | | | | **1,025.00** |

____**15** Continuation Sheets attached

|  | Subtotal (Total of this page) | **3,110.63** |
|---|---|---|
|  | (Complete only on last sheet of Schedule F)  **TOTAL** | |

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Yoon, Chang** _____  Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1537**<br>**American Agencies**<br>**2158 W 190th St**<br>**Torrance, CA  90504-6103** | | | Open account opened 9/04 | | | | 457.00 |
| Account No. **1004**<br>**American Exp Travel Related Serv. Co.Inc**<br>**PO Box 740640**<br>**Atlanta, GA  30374-0640** | | | | | | | 5,733.47 |
| Account No. **4591**<br>**Amex**<br>**PO Box 297871**<br>**Fort Lauderdale, FL  33329-7871** | | | Revolving account opened 4/03 | | | | 6,134.00 |
| Account No. **2713**<br>**Asiana Telecom**<br>**3055 Wilshire Blvd Ste 730**<br>**Los Angeles, CA  90010-1131** | | | Clinic | | | | 263.40 |
| Account No.<br>**Transworld Systems Inc. Collections**<br>**6041 S Syracuse Way Ste 210**<br>**Greenwood Village, CO  80111-4716** | | | Assignee or other notification for:<br>Asiana Telecom | | | | |
| Account No. **2403**<br>**Audi Financial Services**<br>**PO Box 894756**<br>**Los Angeles, CA  90189-4756** | | | 2003 Audi A6 | | | | 702.18 |
| Account No.<br>**Bank Of America**<br>**PO Box 5270**<br>**Carol Stream, IL  60197-5270** | | | NSF-check#103 | | | | 825.00 |

Sheet _____ **1** of _____ **15** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  **14,115.05**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE <u>**Yoon, Chang**</u>                                                                 Case No. _____
    <center>Debtor(s)</center>

<center>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</center>

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**King's Financial Services<br>800 S Vermont Ave<br>Los Angeles, CA  90005-1521** | | | **Assignee or other notification for:<br>Bank Of America** | | | | |
| Account No. **8747**<br><br>**Bank Of Denver** | | | | | | | **4,202.74** |
| Account No.<br><br>**Sage & Vargo, P.C.<br>6464 W 14th Ave<br>Lakewood, CO  80214-1913** | | | **Assignee or other notification for:<br>Bank Of Denver** | | | | |
| Account No. **8201**<br><br>**Bank Of Denver<br>1534 California St<br>Denver, CO  80202-4215** | | | **Installment account opened 4/05** | | | | **3,247.00** |
| Account No. **9663**<br><br>**Bennett & DeLoney, P.C.<br>PO Box 190<br>Midvale, UT  84047-0190** | | | **Clinic** | | | | **366.12** |
| Account No. **4478**<br><br>**BFI Waste Services<br>5075 E 74th Ave<br>Commerce City, CO  80022-1536** | | | **Personal** | | | | **36.00** |
| Account No. **2591**<br><br>**Bmw Financial Services<br>5515 Parkcenter Cir<br>Dublin, OH  43017-3584** | | | **Installment account opened 4/03** | | | | **11,758.00** |

Sheet _____**2** of _____**15** Continuation Sheets attached to Schedule F

<div align="right">

Subtotal<br>(Total of this page)  |  **19,609.86**

</div>

<div align="right">

(Complete only on last sheet of Schedule F)  **TOTAL**  |  

(Report total also on Summary of Schedules)

</div>

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Yoon, Chang**                                                                  Case No. _____

_Debtor(s)_

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2724** <br><br>**C.C.S. Payment Processing Center** <br>**PO Box 55126** <br>**Boston, MA  02205-5126** | | | | | | | 865.14 |
| Account No. **6917** <br><br>**C.C.S. Payment Processing Center** <br>**PO Box 55126** <br>**Boston, MA  02205-5126** | | | | | | | 244.44 |
| Account No. **0448** <br><br>**Capital One F.S.B.** <br>**PO Box 60067** <br>**City Of Industry, CA  91716-0067** | | | Clinic | | | | 1,292.24 |
| Account No. **od04** <br><br>**Central Crdt** <br>**12600 W Cedar Dr Ste 100** <br>**Lakewood, CO  80228-2034** | | | Unknown account opened 11/04 | | | | 400.00 |
| Account No. **0500** <br><br>**Charter Communications** <br>**6246 San Fernando Rd** <br>**Glendale, CA  91201-2241** | | | Clinic | | | | 471.49 |
| Account No. <br><br>**Credit Protection Association, LP.** <br>**13355 Noel Rd** <br>**Dallas, TX  75240-6602** | | | Assignee or other notification for: <br>**Charter Communications** | | | | |
| Account No. <br><br>**Cherry Creek Raquet Club** <br>**PO Box 461252** <br>**Aurora, CO  80046-1252** | | | **home owners association personal property** | | | | 150.00 |

Sheet _____ **3** of _____ **15** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)          **3,423.31**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Yoon, Chang**

Case No. _____

Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3778**<br>**City And County Of Denver** | | | DIA -Parking | | | | 196.10 |
| Account No.<br>**Machol & Johannes, P.C.**<br>**600 17th St**<br>**Denver, CO  80202-5402** | | | Assignee or other notification for:<br>City And County Of Denver | | | | |
| Account No. **0896**<br>**City Of Aurora Utilities Department**<br>**15151 E Alameda Pkwy Ste 1200**<br>**Aurora, CO  80012-1555** | | | Personal | | | | 263.07 |
| Account No. **2926**<br>**Coll Associates Inc**<br>**695 S Colorado Blvd Ste**<br>**Denver, CO  80246-8008** | | | Installment account opened 1/05 | | | | 334.00 |
| Account No. **5154**<br>**Colorado Athletic Club**<br>**3190 S Vaughn Way**<br>**Aurora, CO  80014-3506** | | | Personal | | | | 968.86 |
| Account No.<br>**Greenberg & Associates Law Frim, P.C.**<br>**770 W Hampden Ave Ste 227**<br>**Englewood, CO  80110-2121** | | | Assignee or other notification for:<br>Colorado Athletic Club | | | | |
| Account No.<br>**Colorado Central Station** | | | NSF-Ch#810 | | | | 520.00 |

Sheet _____ **4** of _____ **15** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    **2,282.03**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Yoon, Chang**                                          Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Certegy Payment Recovery Services Inc.**<br>**11601 Roosevelt Blvd N**<br>**Saint Petersburg, FL  33716-2202** | | | Assignee or other notification for:<br>Colorado Central Station | | | | |
| Account No. **9745**<br>**Colwell Systems**<br>**PO Box 64555**<br>**Saint Paul, MN  55164-0555** | | | Clinic | | | | 441.37 |
| Account No.<br>**Risk Management Alternatives, Inc.**<br>**670 Morrison Rd Fl 3RD**<br>**Gahanna, OH  43230-5324** | | | Assignee or other notification for:<br>Colwell Systems | | | | |
| Account No. **2612**<br>**Comcast**<br>**1617 S Acoma St**<br>**Denver, CO  80223-3624** | | | Personal | | | | 165.15 |
| Account No. **9173**<br>**Credit Management**<br>**4200 International Pkwy**<br>**Carrollton, TX  75007-1912** | | | Open account opened 1/05 | | | | 455.00 |
| Account No. **3038**<br>**Credit Protect Assoc**<br>**1355 NOEL RD SUITE 2100**<br>**Dallas, TX  75240** | | | Installment account opened 1/05 | | | | 139.00 |
| Account No. **6903**<br>**Deep Rock Water Company**<br>**PO Box 173898**<br>**Denver, CO  80217-3898** | | | Clinic | | | | 201.00 |

Sheet _____**5**__ of _____**15**__ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                    **1,401.52**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Yoon, Chang_____   Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5020** <br><br>**Denver Newspaper Agency**<br>**PO Box 17070**<br>**Denver, CO  80217-0070** | | | Clinic | | | | 507.55 |
| Account No. <br><br>**A Complete Financial**<br>**2016 Ogden St**<br>**Denver, CO  80205-5133** | | | Assignee or other notification for: **Denver Newspaper Agency** | | | | |
| Account No. **6850** <br><br>**District Attorney-First Judicial Distric**<br>**Bad Check Restitution Program**<br>**601 16th St Ste C PMB 107**<br>**Golden, CO  80401-1979** | | | NSF-Checks | | | | 4,975.00 |
| Account No. **2281** <br><br>**Doctors Supply, Inc.**<br>**3470 Chelton Loop N**<br>**Colorado Springs, CO  80909-6452** | | | Clinic Equipment | | | | 333.68 |
| Account No. **3458** <br><br>**Eighteenth Judicial District Attorney**<br>**Bad Check Restitution Program**<br>**PO Box 5224**<br>**Englewood, CO  80155-5224** | | | NSF-Checks | | | | 454.19 |
| Account No. **0121** <br><br>**Eldorado Artesian Springs, Inc.**<br>**PO Box 445**<br>**Eldorado Springs, CO  80025-0445** | | | Clinic | | | | 436.58 |
| Account No. <br><br>**Farmers Insurance Group** | | | Cancel Date 01/10/2005 | | | | 342.53 |

Sheet _____**6** of _____**15** Continuation Sheets attached to Schedule F          Subtotal (Total of this page)          **7,049.53**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

IN RE **Yoon, Chang** _____   Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Credit Collection Services**<br>**2 Wells Ave**<br>**Newton Center, MA  02459-3208** | | | Assignee or other notification for:<br>Farmers Insurance Group | | | | |
| Account No.<br>**Goldstrike** | | | NSF-Ch#881 | | | | 1,020.00 |
| Account No.<br>**Certegy Payment Recovery Services Inc.**<br>**11601 Roosevelt Blvd N**<br>**Saint Petersburg, FL  33716-2202** | | | Assignee or other notification for:<br>Goldstrike | | | | |
| Account No. **237**<br>**Gorizont Publication**<br>**PO Box 4551**<br>**Englewood, CO  80155-4551** | | | Clinic | | | | 900.00 |
| Account No. **3144**<br>**Hale Friesen, LLP.**<br>**1430 Wynkoop St Fl 3RD**<br>**Denver, CO  80202-6171** | | | Business Defamation by Newspaper | | | | 1,275.00 |
| Account No.<br>**Home Depot**<br>**Colorado Springs, CO  80909** | | | ch#1146 Acct#10367452518 | | | | 346.12 |
| Account No.<br>**Certegy Payment Recovery Services Inc.**<br>**11601 Roosevelt Blvd N**<br>**Saint Petersburg, FL  33716-2202** | | | Assignee or other notification for:<br>Home Depot | | | | |

Sheet _____ **7** of _____ **15** Continuation Sheets attached to Schedule F

| | Subtotal<br>(Total of this page) | **3,541.12** |
|---|---|---|
| | (Complete only on last sheet of Schedule F)  **TOTAL** | |

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Yoon, Chang**                                                                                  Case No. _____

<div align="center">Debtor(s)</div>

<div align="center">

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1669** <br><br> **Hsbc/bstby** <br> **PO Box 6985** <br> **Bridgewater, NJ  08807-0985** | | | Revolving account opened 4/02 | | | | <br><br><br> 2,337.00 |
| Account No. <br><br> **Isle Of Capri Blackhawk** | | | NSF-Ch#886 | | | | <br><br><br> 220.00 |
| Account No. <br><br> **Certegy Payment Recovery Services Inc.** <br> **11601 Roosevelt Blvd N** <br> **Saint Petersburg, FL  33716-2202** | | | Assignee or other notification for: <br> Isle Of Capri Blackhawk | | | | |
| Account No. <br><br> **Isle Of Capri Blackhawk** | | | NSF-Ch# 876 | | | | <br><br><br> 1,020.00 |
| Account No. <br><br> **Certegy Payment Recovery Services Inc.** <br> **11601 Roosevelt Blvd N** <br> **Saint Petersburg, FL  33716-2202** | | | Assignee or other notification for: <br> Isle Of Capri Blackhawk | | | | |
| Account No. **0131** <br><br> **Jc Penney** <br> **PO Box 981400** <br> **El Paso, TX  79998-1400** | | | Revolving account opened 12/03 | | | | <br><br><br> 371.00 |
| Account No. **0945** <br><br> **K.I.S.B.** <br> **3550 Wilshire Blvd Ste 900** <br> **Los Angeles, CA  90010-2410** | | | Clinic | | | | <br><br><br> 157.67 |

|  | | Subtotal (Total of this page) | 4,105.67 |
|---|---|---|---|

Sheet _____**8** of _____**15** Continuation Sheets attached to Schedule F

(Complete only on last sheet of Schedule F)  **TOTAL**  _____

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Yoon, Chang** _____   Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**K.S. Choi Corp.**<br>**3932 Wilshire Blvd. Sutie#300**<br>**Los Angeles, CA  90010** | | | Clinic | | | | 448.39 |
| Account No. **2820**<br><br>**Kennedy Ridge Apartments**<br>**10700 E Dartmouth Ave**<br>**Denver, CO  80014-4859** | | | Balance upon move out | | | | 23.39 |
| Account No.<br><br>**Fidelity Credit Services, Ltd**<br>**PO Box 370090**<br>**Denver, CO  80237-0090** | | | Assignee or other notification for:<br>Kennedy Ridge Apartments | | | | |
| Account No.<br><br>**Lotte USA**<br>**7282 Melrose St. SteA**<br>**Buena Park, CA  90621** | | | Clinic | | | | 633.06 |
| Account No. **8282**<br><br>**MARKnew Products LLC.**<br>**14140 Firestone Blvd**<br>**Santa Fe Springs, CA  90670-5810** | | | Clinic | | | | 561.00 |
| Account No. **2340**<br><br>**Medical Specialists Company, Inc.**<br>**7127 S Alton Way**<br>**Englewood, CO  80112-2101** | | | Clinic | | | | 5,450.45 |
| Account No. **1998**<br><br>**Money Tree**<br>**PO Box 58363**<br>**Seattle, WA  98138-1363** | | | check returned  #1173- account closed | | | | 1,063.75 |

Sheet _____ **9** of _____ **15** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   **8,180.04**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Yoon, Chang**                                          Case No. _____
_____
                Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7392** <br><br>**Monogram Bank N America**<br>**PO BOX 17054**<br>**Wilmington, DE  19884-0001** | | | **Revolving account opened 3/03** | | | | <br><br><br>**6,682.00** |
| Account No. **4884** <br><br>**Nextel**<br>**PO Box 54977**<br>**Los Angeles, CA  90054-0977** | | | **Clinic** | | | | <br><br><br>**1,919.55** |
| Account No. <br><br>**First Revenue Assurance**<br>**PO Box 3020**<br>**Albuquerque, NM  87190-3020** | | | **Assignee or other notification for:**<br>**Nextel** | | | | |
| Account No. **5477** <br><br>**Nissan-infiniti Lt**<br>**2901 Kinwest Pkwy**<br>**Irving, TX  75063-3134** | | | **Installment account opened 6/02** | | | | <br><br><br>**18,572.00** |
| Account No. <br><br>**Office Depot**<br>**PO Box 9020**<br>**Des Moines, IA  50368-9020** | | | **Clinic** | | | | <br><br><br>**1,051.90** |
| Account No. <br><br>**Physicians Sales & Services**<br>**11175 E 55th Ave Ste 106**<br>**Denver, CO  80239-2034** | | | **Clinic** | | | | <br><br><br>**7,056.04** |
| Account No. <br><br>**Shreffler Recovery Services, Inc.**<br>**1645 Hennepin Ave. Sutie 222**<br>**Saint Paul, MN  55103** | | | **Assignee or other notification for:**<br>**Physicians Sales & Services** | | | | |

Sheet _____**10**____ of _____**15**____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                    **35,281.49**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE <u>Yoon, Chang</u>                                                    Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Physicians' Equipment Source, Inc.** <br> **9613 W 57th Pl** <br> **Shawnee, KS  66203-2420** | | | Clinic | | | | 479.93 |
| Account No. <br> **Plaza Medical Inc.** <br> **980 E. Girard Ave.** <br> **Denver, CO  80231** | | | Clinic- equipment | | | | 183.16 |
| Account No. **0270** <br> **Premier Bank** <br> **1630 Stout St** <br> **Denver, CO  80202-3102** | | | Installment account opened 12/01 | | | | 16,364.00 |
| Account No. **3380** <br> **Premier Bank** <br> **1630 Stout St** <br> **Denver, CO  80202-3102** | | | Revolving account opened 12/01 | | | | 1,168.00 |
| Account No. **2192** <br> **Premier Bank** <br> **1630 Stout St** <br> **Denver, CO  80202-3102** | | | Revolving account opened 12/01 | | | | 987.00 |
| Account No. **3299** <br> **Premier Bank** <br> **1630 Stout St** <br> **Denver, CO  80202-3102** | | | Revolving account opened 11/02 | | | | 487.00 |
| Account No. **4892** <br> **Qwest** <br> **Denver, CO  80244-0001** | | | 1st Rehab | | | | 187.81 |

Sheet _____ **11** of _____ **15** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  **19,856.90**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Yoon, Chang</u>                                                                           Case No. _____
<div align="center">Debtor(s)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Retreat At Cheyenne Mountain**<br>**1875 Presidential Hts**<br>**Colorado Springs, CO 80906-8322** | | | **Apt.#1127** | | | | 923.80 |
| Account No.<br>**Coldiron Hamrick**<br>**3900 E Mexico Ave Ste 330**<br>**Denver, CO 80210-3942** | | | **Assignee or other notification for:**<br>**Retreat At Cheyenne Mountain** | | | | |
| Account No.<br>**Sun Ae Myung**<br>**C/O James Kreutz Esq**<br>**5445 Dtc Pkwy Ste 1036**<br>**Greenwood Village, CO 80111-3054** | | | **2005 - Debtor sold Myung 50% of his stock in Yoon Rehab. Myung now wants it back.** | | | | 150,000.00 |
| Account No. **EP20**<br>**Sycom**<br>**500 Main St.**<br>**Groton, MA 01471-0001** | | | **Clinic** | | | | 274.74 |
| Account No. **2661**<br>**T-Mobile**<br>**PO Box 742596**<br>**Cincinnati, OH 45274-2596** | | | **Clinic Use** | | | | 1,096.66 |
| Account No.<br>**Bay Area Credit Service Inc.**<br>**50 Airport Pkwy Ste 100**<br>**San Jose, CA 95110-3722** | | | **Assignee or other notification for:**<br>**T-Mobile** | | | | |
| Account No. **O013**<br>**Tartan Group**<br>**PO Box 9327**<br>**Lombard, IL 60148-9327** | | | **Clinic** | | | | 258.47 |

Sheet _____**12**_____ of _____**15**_____ Continuation Sheets attached to Schedule F

|  | Subtotal<br>(Total of this page) | 152,553.67 |
|---|---|---|
|  | (Complete only on last sheet of Schedule F)  **TOTAL** | |

<div align="right">(Report total also on Summary of Schedules)</div>

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Yoon, Chang**                                                        Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4592** <br><br> **The Bug Man** <br> **10527 Corona St.** <br> **Denver, CO  80233** | | | | | | | 220.00 |
| Account No. <br><br> **Staurn Systems** <br> **PO Box 482** <br> **Bailey, CO  80421-0482** | | | **Assignee or other notification for:** <br> **The Bug Man** | | | | |
| Account No. **3515** <br><br> **The Koren Daily** <br> **690 Wilshire Pl** <br> **Los Angeles, CA  90005-3930** | | | **Ads for Clinic** | | | | 420.00 |
| Account No. <br><br> **The Koren News** <br> **3053 S Steele St** <br> **Denver, CO  80210-6949** | | | **Ads for Clinic** | | | | 1,200.00 |
| Account No. **2882** <br><br> **The Koren Time Denver** | | | | | | | 6,900.00 |
| Account No. **1738** <br><br> **Toll Violation Processing Center** <br> **22470 E 6th Pkwy Ste 140** <br> **Aurora, CO  80018-2430** | | | **Personal** | | | | 47.75 |
| Account No. **0001** <br><br> **Toyota Motor Credit Corporation** <br> **Lexus Financial Services** <br> **PO Box 15012** <br> **Chandler, AZ  85244-5012** | | | **2002 Honda Accord** | | | | 459.58 |

Sheet _____ **13** of _____ **15** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                9,247.33

(Complete only on last sheet of Schedule F)  **TOTAL**

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Yoon, Chang** _____   Case No. _____
<div align="center">Debtor(s)</div>

<div align="center">

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
**(Continuation Sheet)**

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4804**<br><br>**Uhaul**<br>**PO Box 21501**<br>**Phoenix, AZ  85036-1501** | | | Personal | | | | 38.00 |
| Account No.<br><br>**NCO Financial Systems Inc.**<br>**PO Box 41417**<br>**Philadelphia, PA  19101-1417** | | | Assignee or other notification for:<br>Uhaul | | | | |
| Account No. **9880**<br><br>**Verizon**<br>**10734 International Dr**<br>**Rancho Cordova, CA  95670-7359** | | | Open account opened 8/04 | | | | 1,394.00 |
| Account No. **0002**<br><br>**Verizon Wirless**<br>**PO Box 96088**<br>**Bellevue, WA  98009-8800** | | | Clinic | | | | 1,394.56 |
| Account No.<br><br>**National Enterprises Systems**<br>**29125 Solon Rd**<br>**Solon, OH  44139-3442** | | | Assignee or other notification for:<br>Verizon Wirless | | | | |
| Account No. **0819**<br><br>**Viking Office Products**<br>**PO Box 30488**<br>**Los Angeles, CA  90030-0488** | | | Clinic | | | | 305.22 |
| Account No.<br><br>**Villa Creek Apts.**<br>**2212 Dupont Dr Ste F**<br>**Irvine, CA  92612-1551** | | | Property @ 9200 Broomfield Ave. #30<br>Cypress, CA 90630 | | | | 2,736.74 |

Sheet _____ **14** of _____ **15** Continuation Sheets attached to Schedule F

<div align="right">

Subtotal (Total of this page)    **5,868.52**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

</div>

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Yoon, Chang**                                                                    Case No. _____

_____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2403** <br><br> **Volkswagon Credit Inc** <br> **1401 Franklin Blvd** <br> **Libertyville, IL  60048-4460** | | | Installment account opened 10/02 | | | | 11,505.00 |
| Account No. **1809** <br><br> **Walgreens** | | | Bad Check | | | | 82.14 |
| Account No. <br><br> **ClearCheck Inc.** <br> **Po Box 27087** <br> **Greenville, SC  29616** | | | Assignee or other notification for: Walgreens | | | | |
| Account No. <br><br> **Westover Gardens Apartments** <br> **9810 E. Colorado Ave.** <br> **Denver, CO  80247** | | | Rent for Apt#3-203 | | | | 588.50 |
| Account No. **6413** <br><br> **Xcel Energy** <br> **Public Service Of Colorado** <br> **PO Box 840** <br> **Denver, CO  80201-0840** | | | Personal | | | | 449.23 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____ **15** of _____ **15** Continuation Sheets attached to Schedule F

| | Subtotal (Total of this page) | 12,624.87 |
|---|---|---|
| | (Complete only on last sheet of Schedule F)  **TOTAL** | 302,251.54 |

(Report total also on Summary of Schedules)

IN RE **Yoon, Chang**
_____
Debtor(s)                                                    Case No. _____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

IN RE <u>Yoon, Chang</u>                                                    Case No. _____
                          Debtor(s)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Eun Hee Hong**<br>**1381 S Dayton Ct**<br>**Denver, CO  80247-7353** | **Toyota Financial**<br>**19001 S Western Ave**<br>**Torrance, CA  90501-1106** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

IN RE **Yoon, Chang** _____   Case No. _____
                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP<br>**Daughter** | AGE<br>**17** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Physical Therapist** | |
| Name of Employer | **JS Medical Center** | |
| How long employed | **3 Months** | |
| Address of Employer | **11175 E. Mississippi Ave. Ste#215**<br>**Aurora, Co. 80012** | |

Income: (Estimate of average monthly income)

|  | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ | **4,333.33** | $ | |
| Estimated monthly overtime | $ | | $ | |
| **SUBTOTAL** | $ | **4,333.33** | $ | |
| LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and Social Security | $ | **1,148.46** | $ | |
|    b. Insurance | $ | **62.83** | $ | |
|    c. Union dues | $ | | $ | |
|    d. Other (specify) _____ | $ | | $ | |
|  | $ | | $ | |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | **1,211.29** | $ | |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ | **3,122.04** | $ | |
| | | | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ | |
| Income from real property | $ | | $ | |
| Interest and dividends | $ | | $ | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use<br>or that of dependents listed above | $ | | $ | |
| Social Security or other government assistance<br>(Specify) _____ | $ | | $ | |
|  | $ | | $ | |
| Pension or retirement income | $ | | $ | |
| Other monthly income<br>(Specify) _____ | $ | | $ | |
|  | $ | | $ | |
|  | $ | | $ | |
| **TOTAL MONTHLY INCOME** | $ | **3,122.04** | $ | |

**TOTAL COMBINED MONTHLY INCOME $** _____ **3,122.04**  (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Yoon, Chang** _____   Case No. _____
<center>Debtor(s)</center>

<center>

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

</center>

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☑ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 700.00 |
| Are real estate taxes included?   Yes ____ No ✓ | |
| Is property insurance included?   Yes ____ No ✓ | |
| Utilities:  Electricity and heating fuel | $ 75.00 |
|       Water and sewer | $ |
|       Telephone | $ |
|       Other **Cells (2) One For Daughter** | $ 200.00 |
|        | $ |
|        | $ |
| Home maintenance (repairs and upkeep) | $ |
| Food | $ 275.00 |
| Clothing | $ 50.00 |
| Laundry and dry cleaning | $ 25.00 |
| Medical and dental expenses | $ 20.00 |
| Transportation (not including car payments) | $ 250.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 20.00 |
| Charitable contributions | $ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ |
|     Life | $ |
|     Health | $ |
|     Auto | $ 200.00 |
|     Other | $ |
|      | $ |
|      | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | $ |
|      | $ |
|      | $ |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ 310.00 |
|     Other | $ |
|      | $ |
| Alimony, maintenance, and support paid to others | $ 1,000.00 |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other **HOA Fee** | $ 325.00 |
|      | $ |
|      | $ |
|      | $ |
|      | $ |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ 3,450.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
|   A.  Total projected monthly income | $ |
|   B.  Total projected monthly expenses | $ |
|   C.  Excess income (A minus B) | $ |
|   D.  Total amount to be paid into plan each _____ | $ |

<center>(interval)</center>

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**

IN RE <u>Yoon, Chang</u>          Case No. _____
<div style="text-align:center">Debtor(s)</div>

<h3 style="text-align:center">SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)</h3>

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

SPOUSE

Rent or home mortgage payment (include lot rented for mobile home)   $ _____
Are real estate taxes included?  Yes ____  No ✓
Is property insurance included?  Yes ____  No ✓
Utilities:  Electricity and heating fuel   $ _____
      Water and sewer   $ _____
      Telephone   $ _____
      Other _____   $ _____
      _____   $ _____
Home maintenance (repairs and upkeep)   $ _____
Food   $ _____
Clothing   $ _____
Laundry and dry cleaning   $ _____
Medical and dental expenses   $ _____
Transportation (not including car payments)   $ _____
Recreation, clubs and entertainment, newspapers, magazines, etc.   $ _____
Charitable contributions   $ _____
Insurance (not deducted from wages or included in home mortgage payments)
  Homeowner's or renter's   $ _____
  Life   $ _____
  Health   $ _____
  Auto   $ _____
  Other _____   $ _____
     _____   $ _____
Taxes (not deducted from wages or included in home mortgage payments)
(Specify) _____   $ _____
    _____   $ _____
    _____   $ _____
Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan)
  Auto   $ _____
  Other _____   $ _____
     _____   $ _____
Alimony, maintenance, and support paid to others   $ _____
Payments for support of additional dependents not living at your home   $ _____
Regular expenses from operation of business, profession, or farm (attach detailed statement)   $ _____
Other _____   $ _____
   _____   $ _____
   _____   $ _____
   _____   $ _____
   _____   $ _____

**TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)**   $ _____

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.
  A.  Total projected monthly income   $ _____
  B.  Total projected monthly expenses   $ _____
  C.  Excess income (A minus B)   $ _____
  D.  Total amount to be paid into plan each _____   $ _____
<div style="text-align:center">(interval)</div>

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Yoon, Chang</u> _____   Case No. _____
<div align="center">Debtor(s)</div>

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **28** sheets, and that
<div align="right" style="font-size:small">(Total shown on summary page plus 1)</div>
they are true and correct to the best of my knowledge, information, and belief.


Date: **October 15, 2005** _____        Signature: ***/s/ Chang Yoon*** _____
                                                    **Chang Yoon**                                    <span style="font-size:small">Debtor</span>

Date: _____        Signature: _____
                                                                              <span style="font-size:small">(Joint Debtor, if any)</span>

<div align="right">[If joint case, both spouses must sign.]</div>

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
<span style="font-size:small">Printed or Typed Name of Bankruptcy Petition Preparer</span>        <span style="font-size:small">Social Security No.<br>(Required by 11 U.S.C. § 110(c).)</span>

_____
_____
<span style="font-size:small">Address</span>

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____        _____
<span style="font-size:small">Signature of Bankruptcy Petition Preparer</span>        <span style="font-size:small">Date</span>

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
<div style="font-size:small">(Total shown on summary page plus 1)</div>


Date: _____        Signature: _____

                                                        _____
                                                        <span style="font-size:small">(Print or type name of individual signing on behalf of debtor)</span>

<div align="center">[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]</div>

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

<span style="writing-mode:vertical">© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

## UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Neither the judge nor the court's employees may provide you with legal advice.

### Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)*

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under Chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)*

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually the period allowed by the court to repay your debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike Chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)*

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision for an individual to file a Chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)*

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a Chapter 13. The eligibility requirements are restrictive, limiting its use to those who income arises primarily from a family owned farm.

* Fees are subject to change and should be confirmed before filing.

## ACKNOWLEDGEMENT

I, the debtor, affirm that I have read this notice.

_____
Case Number

__October 15, 2005__                 __/s/ Chang Yoon__
Date                                   __Chang Yoon__                           Debtor        _____
                                                                                              Joint Debtor, if any

**INSTRUCTIONS**: If the debtor is an individual, a copy of this notice personally signed by the debtor must accompany any bankruptcy petition filed with the Clerk. If filed by joint debtors, the notice must be personally signed by each. Failure to comply may result in the petition not being accepted for filing.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

**IN RE:**                                                          Case No. _____

**Yoon, Chang** _____   Chapter **7** _____
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **October 15, 2005** _____   Signature: _/s/ Chang Yoon_____
                                                    **Chang Yoon**                                                    Debtor


Date: _____   Signature: _____
                                                                                         Joint Debtor, if any

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VERIFICATION OF CREDITOR MATRIX

A Complete Financial
2016 Ogden St
Denver, CO   80205-5133


Adelphia
213 N Union Blvd
Colorado Springs, CO   80909-5705


Adko Signs Inc.
516 Arrawanna St
Colorado Springs, CO   80909-6207


ADT Security Services
PO Box 96175
Las Vegas, NV   89193-6175


Allied Waste Services
5075 E 74th Ave
Commerce City, CO   80022-1536


America's Cash Express
745 S Vermont Ave
Los Angeles, CA   90005-1518


American Agencies
2158 W 190th St
Torrance, CA   90504-6103


American Exp Travel Related Serv. Co.Inc
PO Box 740640
Atlanta, GA   30374-0640

Amex
PO Box 297871
Fort Lauderdale, FL  33329-7871


Asiana Telecom
3055 Wilshire Blvd Ste 730
Los Angeles, CA  90010-1131


Audi Financial Services
PO Box 894756
Los Angeles, CA  90189-4756


Bank Of America
PO Box 5270
Carol Stream, IL  60197-5270


Bank Of Denver
1534 California St
Denver, CO  80202-4215


Bay Area Credit Service Inc.
50 Airport Pkwy Ste 100
San Jose, CA  95110-3722


Bennett & DeLoney, P.C.
PO Box 190
Midvale, UT  84047-0190


BFI Waste Services
5075 E 74th Ave
Commerce City, CO  80022-1536

Bmw Financial Services
5515 Parkcenter Cir
Dublin, OH   43017-3584


C.C.S. Payment Processing Center
PO Box 55126
Boston, MA   02205-5126


Capital One F.S.B.
PO Box 60067
City Of Industry, CA   91716-0067


Central Crdt
12600 W Cedar Dr Ste 100
Lakewood, CO   80228-2034


Certegy Payment Recovery Services Inc.
11601 Roosevelt Blvd N
Saint Petersburg, FL   33716-2202


Charter Communications
6246 San Fernando Rd
Glendale, CA   91201-2241


Cherry Creek Raquet Club
PO Box 461252
Aurora, CO   80046-1252


City Of Aurora Utilities Department
15151 E Alameda Pkwy Ste 1200
Aurora, CO   80012-1555

ClearCheck Inc.
Po Box 27087
Greenville, SC  29616


Coldiron Hamrick
3900 E Mexico Ave Ste 330
Denver, CO  80210-3942


Coll Associates Inc
695 S Colorado Blvd Ste
Denver, CO  80246-8008


Colorado Athletic Club
3190 S Vaughn Way
Aurora, CO  80014-3506


Colwell Systems
PO Box 64555
Saint Paul, MN  55164-0555


Comcast
1617 S Acoma St
Denver, CO  80223-3624


Credit Collection Services
2 Wells Ave
Newton Center, MA  02459-3208


Credit Management
4200 International Pkwy
Carrollton, TX  75007-1912

Credit Protect Assoc
1355 NOEL RD SUITE 2100
Dallas, TX  75240


Credit Protection Association, LP.
13355 Noel Rd
Dallas, TX  75240-6602


Deep Rock Water Company
PO Box 173898
Denver, CO  80217-3898


Denver Newspaper Agency
PO Box 17070
Denver, CO  80217-0070


District Attorney-First Judicial Distric
Bad Check Restitution Program
601 16th St Ste C PMB 107
Golden, CO  80401-1979


Doctors Supply, Inc.
3470 Chelton Loop N
Colorado Springs, CO  80909-6452


Eighteenth Judicial District Attorney
Bad Check Restituation Program
PO Box 5224
Englewood, CO  80155-5224


Eldorado Artesian Springs, Inc.
PO Box 445
Eldorado Springs, CO  80025-0445

```
Eun Hee Hong
1381 S Dayton Ct
Denver, CO  80247-7353


Fidelity Credit Services, Ltd
PO Box 370090
Denver, CO  80237-0090


First Revenue Assurance
PO Box 3020
Albuquerque, NM  87190-3020


Gorizont Publication
PO Box 4551
Englewood, CO  80155-4551


Greenberg & Associates Law Frim, P.C.
770 W Hampden Ave Ste 227
Englewood, CO  80110-2121


Hale Friesen, LLP.
1430 Wynkoop St Fl 3RD
Denver, CO  80202-6171


Hfc - Usa
PO Box 1547
Chesapeake, VA  23327-1547


Home Comings Financial
JP Morgan Chase
2711 N Haskell Ave # 1
Dallas, TX  75204-2911
```

Home Depot
Colorado Springs, CO   80909


Household Mortgage Services
PO BOX 9068
Brandon, FL   33509


Hsbc/bstby
PO Box 6985
Bridgewater, NJ   08807-0985


Jc Penney
PO Box 981400
El Paso, TX   79998-1400


K.I.S.B.
3550 Wilshire Blvd Ste 900
Los Angeles, CA   90010-2410


K.S. Choi Corp.
3932 Wilshire Blvd. Sutie#300
Los Angeles, CA   90010


Kennedy Ridge Apartments
10700 E Dartmouth Ave
Denver, CO   80014-4859


King's Financial Services
800 S Vermont Ave
Los Angeles, CA   90005-1521


Lotte USA
7282 Melrose St. SteA
Buena Park, CA   90621

Machol & Johannes, P.C.
600 17th St
Denver, CO  80202-5402


MARKnew Products LLC.
14140 Firestone Blvd
Santa Fe Springs, CA  90670-5810


Medical Specialists Company, Inc.
7127 S Alton Way
Englewood, CO  80112-2101


Money Tree
PO Box 58363
Seattle, WA  98138-1363


Monogram Bank N America
PO BOX 17054
Wilmington, DE  19884-0001


National Enterprises Systems
29125 Solon Rd
Solon, OH  44139-3442


NCO Financial Systems Inc.
PO Box 41417
Philadelphia, PA  19101-1417


Nextel
PO Box 54977
Los Angeles, CA  90054-0977

```
Nissan-infiniti Lt
2901 Kinwest Pkwy
Irving, TX  75063-3134


Office Depot
PO Box 9020
Des Moines, IA  50368-9020


Physicians Sales & Services
11175 E 55th Ave Ste 106
Denver, CO  80239-2034


Physicians' Equipment Source, Inc.
9613 W 57th Pl
Shawnee, KS  66203-2420


Plaza Medical Inc.
980 E. Girard Ave.
Denver, CO  80231


Premier Bank
1630 Stout St
Denver, CO  80202-3102


Qwest
Denver, CO  80244-0001


Retreat At Cheyenne Mountain
1875 Presidential Hts
Colorado Springs, CO  80906-8322


Risk Management Alternatives, Inc.
670 Morrison Rd Fl 3RD
Gahanna, OH  43230-5324
```

Sage & Vargo, P.C.
6464 W 14th Ave
Lakewood, CO  80214-1913


Shreffler Recovery Services, Inc.
1645 Hennepin Ave. Sutie 222
Saint Paul, MN  55103


Staurn Systems
PO Box 482
Bailey, CO  80421-0482


Sun Ae Myung
C/O James Kreutz Esq
5445 Dtc Pkwy Ste 1036
Greenwood Village, CO  80111-3054


Sycom
500 Main St.
Groton, MA  01471-0001


T-Mobile
PO Box 742596
Cincinnati, OH  45274-2596


Tartan Group
PO Box 9327
Lombard, IL  60148-9327


The Bug Man
10527 Corona St.
Denver, CO  80233

```
The Koren Daily
690 Wilshire Pl
Los Angeles, CA   90005-3930


The Koren News
3053 S Steele St
Denver, CO   80210-6949


Toll Violation Processing Center
22470 E 6th Pkwy Ste 140
Aurora, CO   80018-2430


Toyota Financial
19001 S Western Ave
Torrance, CA   90501-1106


Toyota Motor Credit Corporation
Lexus Financial Services
PO Box 15012
Chandler, AZ   85244-5012


Transworld Systems Inc. Collections
6041 S Syracuse Way Ste 210
Greenwood Village, CO   80111-4716


Uhaul
PO Box 21501
Phoenix, AZ   85036-1501


Verizon
10734 International Dr
Rancho Cordova, CA   95670-7359
```

Verizon Wirless
PO Box 96088
Bellevue, WA  98009-8800


Viking Office Products
PO Box 30488
Los Angeles, CA  90030-0488


Villa Creek Apts.
2212 Dupont Dr Ste F
Irvine, CA  92612-1551


Volkswagon Credit Inc
1401 Franklin Blvd
Libertyville, IL  60048-4460


Westover Gardens Apartments
9810 E. Colorado Ave.
Denver, CO  80247


Xcel Energy
Public Service Of Colorado
PO Box 840
Denver, CO  80201-0840